# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| RHONNA M. KELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:13-CV-22-D** |
| THE DEPARTMENT OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 12]. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**NOVEMBER 15, 2013**</u> WITH A COPY TO:

Rhonna M. Kelson, Pro se (via USPS to 70 Pine Grove Road, Burton, SC 29902)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

<u>November 15, 2013</u>               JULIE A. RICHARDS, Clerk
Date                                          Eastern District of North Carolina


                                              /s/ Debby Sawyer
                                              (By) Deputy Clerk

Raleigh, North Carolina